Kent W. Hansen, #6560
Union Pacific Railroad Company
280 South 400 West, Suite 250
Salt Lake City, UT 84101
Telephone: (801) 212-3985
Facsimile:  (801) 212-3978
Attorney for Union Pacific Railroad Company

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| CALVIN MARTINEZ, | |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | Case No. 2:14-CV-00083 |
| UNION PACIFIC RAILROAD COMPANY, | Judge David Nuffer |
| Defendant. | |

Plaintiff and Defendant filed the Stipulation for Dismissal,[1] stating this matter has been fully compromised and settled.  In accordance with the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE and on the merits, each party to bear its own costs. The clerk is directed to close this case.

DATED this 26th day of January, 2015.

BY THE COURT

_____
David Nuffer,
U.S. District Court Judge

---

[1] Docket no. 25, filed Jan. 23, 2015.